O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALDAVE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUENA PARK, et al.,<br><br>    Defendants. | Case No. 8:21-CV-00805-SSS-KES<br><br>ORDER DISMISSING SECOND AMENDED COMPLAINT WITHOUT PREJUDICE |

A party proceeding pro se [meaning without a lawyer] must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute. Local Rule 41-6.

Plaintiff undertook to represent himself in this case in December 2021.  (Dkt.

1

37.) He advised the Court that his address of record was 6072 Crescent Avenue, Buena Park, CA 90620. (Id.)

In June 2022, the Court entered a Case Management Order advising Plaintiff of Local Rule 41-6 and warning that "[f]ailure to update [his] mailing address within 14 days may result in this action being dismissed for failure to prosecute." (Dkt. 54 at 4.)

Plaintiff received court filings at the Crescent Avenue address and responded to them. Most recently, in August 2022, Plaintiff filed an Opposition to Defendants' Motion to Dismiss with this same address. (Dkt. 63.)

On September 12, 2022 (per the postage meter date), the Court served Plaintiff by mail at the Crescent Avenue address with (1) a Report and Recommendation that recommended granting, in part, Defendants' Motion to Dismiss (Dkt. 66) and (2) the Notice of Filing the same. (Dkt. 67.) Plaintiff failed to file anything in response.

On October 3 and 4, 2022, both pieces of mail were returned to the Court as undeliverable. (Dkt. 69, 68.) More than fourteen days have passed since the service date of Dkt. 66 and Dkt. 67 without the Court receiving a notice of change of address from Plaintiff. The operative Second Amended Complaint is therefore dismissed without prejudice for failure to prosecute and failure to comply with Local Rule 41-6.

DATED: October 12, 2022

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2