JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALDAVE,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK, et al.,<br><br>        Defendants. | Case No. 8:21-CV-00805-SSS-KES<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Second Amended Complaint without Prejudice presented by the U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice.

DATED: October 12, 2022

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE