JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GABRIEL ALDAVE, | Case No. 8:21-cv-00805-SSS-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| CITY OF BUENA PARK, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge.  [Dkt. 66].  No objections to the Report and Recommendation were filed by the applicable deadline.  The objections to Magistrate's Report and Recommendation raised by Plaintiff in a brief filed November 28, 2022 are untimely.  [Dkt. 78].  Furthermore, the Court has reviewed Plaintiff's filing and finds that he raises no substantive grounds on which to reject Magistrate's determinations.

The Court therefore accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

1    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the Second
2  Amended Complaint [Dkt. 61] is GRANTED in part and DENIED in part. The
3  following claims are dismissed with prejudice:
4     a. all § 1983 claims based on alleged First Amendment violations;
5     b. all § 1983 claims based on alleged Fourteenth Amendment violations;
6     c. all § 1983 claims against the City; and
7     d. all official capacity § 1983 claims.
8     Defendants are ORDERED to file their answer to Plaintiff's remaining
9  claims on or before December 23, 2022.

11  DATED: December 8, 2022     _____
12                               SUNSHINE SUZANNE SYKES
                                 UNITED STATES DISTRICT JUDGE

2