UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALDAVE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK, et al.,<br><br>Defendants. | Case No. 8:21-cv-00805-SSS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of U.S. Magistrate Judge (Dkt. 99). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered in favor of all remaining Defendants (i.e., Defendants Buena Park Police Department Chief Corey Sianez, Buena Park Police Department Officer Eric Kimery, and Buena Park Police Department Sergeant Dirk O'Dette) and against Plaintiff on all the claims in the Second Amended Complaint.

DATED: May 15, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE