JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALDAVE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK, et al.,<br><br>Defendants. | Case No. 8:21-cv-00805-SSS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered in favor of all remaining Defendants (i.e., Defendants Buena Park Police Department Chief Corey Sianez, Buena Park Police Department Officer Eric Kimery, and Buena Park Police Department Sergeant Dirk O'Dette) and against Plaintiff on all the claims in the Second Amended Complaint.

DATED: May 15, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE